UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN E. GILBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-4786** |
| **SIDNEY H CATES, IV, ET AL.** | **SECTION: "H"(4)** |

## ORDER

Plaintiff filed his initial Complaint on May 8, 2017 naming Joseph Bonventure as a defendant. (Doc. 1). On December 5, 2017, this Court ordered that Plaintiff file proof of service on Defendant Bonventure or show good cause in writing as to why service had not been effected. (Doc. 17). Plaintiff having done neither as of July 16, 2018;

**IT IS ORDERED** that Plaintiff's Complaint against Defendant Bonventure is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana this 16th day of July, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1